Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
MERCK & CO., INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARIEL L. STEPHENS,<br><br>               Plaintiff,<br><br>vs.<br><br>MERCK & CO. INC., et al.,<br><br>               Defendant. | Case No. _____ |

### NOTICE OF REMOVAL OF DEFENDANT MERCK & CO. INC.

Merck & Co., Inc. ("Merck") gives notice, with full reservation of all defenses, that this cause is hereby removed from the Superior Court for the State of Alaska, Third Judicial District at Anchorage to the United States District Court for the District of Alaska, pursuant to 28 U.S.C. §§ 1332 and 1441. In support of its removal, Merck respectfully states as follows:

     1.     This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of cases. See 28 U.S.C. §§ 1441(b), 1446(b). This action involves allegations regarding the prescription drug VIOXX ("Vioxx"). On February 16, 2005, the Judicial Panel on Multidistrict Litigation issued an order transferring 148 Vioxx

NOTICE OF REMOVAL                           *DARIEL L. STEPHENS V. MERCK & CO, et al.*
Page 1                                                   Case No. _____
Case 3:09-cv-00208-TMB   Document 1   Filed 10/13/09   Page 1 of 5

**DORSEY &**
**WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

products liability cases to the United States District Court, for the Eastern District of Louisiana (Fallon, J.) for coordinated pretrial proceedings under 28 U.S.C. § 1407. Merck intends to seek the transfer of this action to that multidistrict litigation, In Re Vioxx Products Liability Litigation, MDL No. 1657, and will shortly provide the MDL Panel notice of this action pursuant to the "tag-along" procedure contained in the MDL Rules.

2. On or about February 18, 2009, plaintiff Dariel L. Stephens commenced this action against Merck by filing a Complaint in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, bearing Case Number 3AN-09-05165 CI (the "Complaint" or "Compl.").

3. Merck was served with a copy of the Summons and Complaint on September 23, 2009. However, such form of service may have been improper, and Merck reserves all defenses related to lack of service.

4. As more fully set out below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 and Merck has satisfied the procedural requirements for removal.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C.§ 1332 because this is a civil action between citizens of different states, in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest.

6. Complete diversity of citizenship exists between plaintiff and defendant for

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF REMOVAL *DARIEL L. STEPHENS V. MERCK & CO, et al.*
Page 2 Case No. _____
Case 3:09-cv-00208-TMB Document 1 Filed 10/13/09 Page 2 of 5

purposes of this removal. Upon information and belief, plaintiff is, and was at all relevant times, a resident of the State of Alaska. See Compl. ¶ 1 (Exh. A). Plaintiff does not allege any alternative state of residence. Therefore, plaintiff is a citizen of Alaska for purposes of determining diversity. 28 U.S.C. § 1332(a).

7. Defendant Merck is, and was at the time of the institution of this action, a corporation organized and existing under the laws of the State of New Jersey with its principal place of business in the State of New Jersey. See Compl. ¶ 2. Therefore, Merck is not now, and was not at the time of the filing of the Complaint, a citizen of the State of Alaska for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

8. This civil action arises out of plaintiff's alleged use of the prescription medication Vioxx. Plaintiff has alleged claims against Merck for, inter alia, product liability, negligence and failure to warn. See Compl. ¶¶ 6-21.

9. Plaintiff claims that Merck's alleged acts and omissions have caused him significant and serious injury. Compl. ¶ 23.

10. Plaintiff seeks damages in an amount in excess of $1,000,000, costs and attorney's fees, prejudgment interest, punitive damages and such other and further relief that this court deems just and equitable. Compl. p. 3. Accordingly, the amount-in-controversy requirement appears to be satisfied in this case, although Plaintiff has not specifically set forth an amount in his Complaint.

11. On September 28, 2009, Plaintiff filed a request to dismiss Dr. J. Kim and Anchorage Neighborhood Health Center from this action, which will leave Merck as the

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF REMOVAL *DARIEL L. STEPHENS V. MERCK & CO, et al.*
Page 3 Case No. _____
Case 3:09-cv-00208-TMB   Document 1   Filed 10/13/09   Page 3 of 5

only remaining defendant. Merck is the only defendant in this action who has been served with a Summons and copy of the Complaint.

12. Merck has sought no similar relief.

13. Because complete diversity of citizenship exists between the plaintiff and the defendant, because no defendant that has been joined is a citizen of the State of Alaska, and because the requisite amount in controversy appears to exceed $75,000.00, exclusive of interest and costs, this civil action may be removed to this Court pursuant to 28 U.S.C. § 1441.

14. This Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed before the required period of within 30 days of service on Merck.

15. The United States District Court for the District of Alaska embraces the county in which the state court action was filed. Therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. § 1441(a).

16. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders filed in this case, which papers include the Summons and Complaint, are attached as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal is being served upon plaintiff, and a copy is being filed with the Clerk of the State Court in which the action was filed. A copy of Merck's filing in state court is attached hereto as **Exhibit B**.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF REMOVAL *DARIEL L. STEPHENS V. MERCK & CO, et al.*
Page 4 Case No. _____
Case 3:09-cv-00208-TMB Document 1 Filed 10/13/09 Page 4 of 5

17. If any question arises as to the propriety of the removal of this action, Merck requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

WHEREFORE, defendant Merck respectfully removes this action from the Superior Court for the State of Alaska, Third Judicial District, bearing civil action number 3AN-09-05165 CI, to this Court, pursuant to 28 U.S.C. §1441.

DATED this 13th day of October, 2009, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Ste. 600
Anchorage, AK 99501-5907
(907) 276-4557
lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on
the 13th day of October, 2009, a true and correct
copy of this document was served on:

Dariel L. Stephens
Po box 210811
Anchorage, AK 99521

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF REMOVAL
Page 5
4835-9530-7268\1

*DARIEL L. STEPHENS V. MERCK & CO, et al.*
Case No. _____

Case 3:09-cv-00208-TMB   Document 1   Filed 10/13/09   Page 5 of 5